UNITED STATES DISTRICT COURT
NORTHERN DISTIRCT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK EDWARD CAMASTA, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>OMAHA STEAKS INTERNATIONAL, INC. d/b/a OMAHA STEAKS, and OS SALES CO, INC.<br><br>Defendants. | Case No. 12-cv-08285<br><br>Judge: Honorable Joan Humphrey Lefkow<br><br>Magistrate Judge: Honorable Sidney I. Schenkier |

**JOINT CONSENT ORDER GRANTING
DEFENDANTS' OMAHA STEAKS INTERNATIONAL, INC. d/b/a OMAHA STEAKS,
AND OS SALES CO., INC. MOTION TO DISMISS PLAINTIFF'S AMENDED
COMPLAINT**

The parties (without waiving any defense, whatsoever, including personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2)) jointly submit this Consent Order granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint pursuant to Rule 12(c). Defendants, by and through their attorneys and Plaintiff Patrick Edward Camasta, by and through his attorney, mutually stipulate and agree as follows.

STIPULATIONS

1. Defendant Omaha Steaks International, Inc. d/b/a Omaha Steaks ("OSI") is a corporation organized and operating under the laws of the state of Nebraska with its principal place of business located in Omaha, Nebraska.

2. OSI does not transact business or otherwise produce, sell, or market any produces in the State of Illinois.

1

3. Defendant OS Sales Co., Inc. is a corporation organized and operating under the laws of the state of Delaware with its principal place of business located in Omaha, Nebraska.

4. Plaintiff filed a Complaint against Defendants in the Circuit Court of the Nineteenth Judicial Circuit in Lake County, Illinois. Defendants removed this case to this Court under this Court's authority pursuant to CAFA.

5. Plaintiff's Complaint generally asserted that Defendants engaged in unfair business practices. Plaintiff thereafter filed an Amended Complaint asserting Defendants violated the Illinois Uniform Deceptive Trade Practice Act ("ITPA"), 815 Ill. Comp. Stat. § 510/1 (West 2013).

6. Defendants filed a motion to dismiss Plaintiff's Amended Complaint. *See* Dkt. No. 40.

7. Fed. R. Civ. P. 9(b), requiring specificity in pleading fraud, applies to Plaintiff's ITPA claims. *See* Dkt. No. 23, August 21, 2013 Opinion, p. 16.

8. Plaintiff has not and cannot specifically allege any injury in fact in the past or in the future to himself of the class to support his request for injunctive relief under the ITPA.

9. The IPTA's only remedy is injunctive relief; therefore, Plaintiff cannot recover on his IPTA claim for monetary damages.

10. Therefore, among other things, Defendants' Motion to Dismiss Plaintiff's Amended Complaint should be granted, with the Court retaining jurisdiction over the matter until final resolution.

11. Plaintiff consulted with counsel on all matters referenced herein and enters into this Consent Order freely and voluntarily.

CONSENT ORDER

In light of the foregoing stipulation and with the consent of the parties listed, it is ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint, (Dckt. No. 40) be and hereby is GRANTED, with the Court retaining jurisdiction over the matter until final resolution.

_____
U.S. DISTRICT COURT JUDGE

Dated: March 13, 2014


**CONSENTED TO BY:**

PATRICK EDWARD CAMASTA, Plaintiff

By:  */s/ George K. Lang*_____
     Brian J. Wanca, ARDC No. 3126474
     George K. Lang
     Anderson + Wanca
     3701 Algonquin Road, Suite 760,
     Rolling Meadows, IL 60008

and

OMAHA STEAKS INTERNATIONAL, INC. d/b/a OMAHA STEAKS AND OS SALES, INC., Defendants

By:  _*/s/ Julie Negovan*_____
     Julie B. Negovan
     Northern District Trial Bar No. 81231
     Kutak Rock LLP
     One S. Wacker Drive, Suite #2050
     Chicago, IL 60606
     (312) 602-4109
     E-mail: Julie.Negovan@kutakrock.com

     Bartholomew L. McLeay, *pro hac vice*
     KUTAK ROCK LLP
     1650 Farnam Street
     Omaha, NE 68102

4814-1188-0984.1

(402) 231-8775
Email: Bart.McLeay@kutakrock.com

1